# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 15-cv-01731-REB-NYW

DR. LENA CHANG, an individual,

    Plaintiff,

v.

VAIL RESORTS, INC., a Delaware corporation,
ROCKRESORTS INTERNATIONAL, LLC, a Delaware limited liability company,
GREAT HOUSE LIMITED, a Cayman Islands company, and
HALF MOON BAY LIMITED, a Jamaica company,

    Defendants.

## ORDER GRANTING APPLICATION FOR ISSUANCE OF A LETTER ROGATORY FOR SERVICE OF PROCESS IN JAMAICA, WEST INDIES

**Blackburn, J.**

The matter before me is plaintiff's **Application for Issuance of a Letter Rogatory for Service of Process in Jamaica, West Indies** [#24],[1] filed September 10, 2015. Having considered the application and the file, and being advised of the legal and factual premises, I find and conclude that the application is well-taken and should be granted.[2]

    **THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] Given the inevitable delay occasioned by the necessity of effectuating service in this manner, plaintiff should be prepared to discuss, during the September 24, 2015, telephonic setting conference, the viability of setting the **Motion for Preliminary Injunction** [#2], filed August 11, 2015, for hearing until such time as the foreign defendant has been served and entered its appearance.

1.  That plaintiff's **Application for Issuance of a Letter Rogatory for Service of Process in Jamaica, West Indies** [#24], filed September 10, 2015, is granted;

2.  That a letter rogatory shall issue in the form attached to this order;

3.  That plaintiff shall ensure that copies of all documents referenced in the letter rogatory are attached thereto and that all further requirements for service thereof are satisfied, including the payment of any fees required.[3]

Dated September 14, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[3] These requirements are specified in by the United States Department of State Bureau of Consular Affairs and are available at http://travel.state.gov/content/travel/english/legal-considerations/judicial/obtaining-evidence/preparation-letters-rogatory.html.

2