IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-01731-REB-NYW | Date: | November 3, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| DR. LENA CHANG, | *Neal Stuart Cohen* |
| **Plaintiff,** | |
| v. | |
| VAIL RESORTS, INC., | *Jonathan George Pray* |
| ROCKRESORTS INTERNATIONAL, LLC, | *Kerry Jean LeMonte* |
| GREAT HOUSE LIMITED, | *Christopher J. L. Diedrich* |
| HALF MOON BAY LIMITED, | *James D. Kilroy* |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 1:02 p.m.

Appearance of counsel.

Discussion held on Motion to Dismiss Plaintiff's Complaint Purusant to Fed. R. Civ. P. 12(b)(6) [16] filed September 3, 2015. Plaintiff has not filed a response in the time period contemplated by D.C.COLO.LCivR 7.1(d).

**ORDERED:** A response to the Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [16] is due on or before November 10, 2015.

Discussion held on Defendants Half Moon Bay Limited and Great House Limited's Motion to Dismiss Pursuant to the Doctrine of *Forum Non Conveniens* [29] filed September 14, 2015. Plaintiff has not filed a response in the time period contemplated by D.C.COLO.LCivR 7.1(d).

**ORDERED:** **A response to Defendants Half Moon Bay Limited and Great House Limited's Motion to Dismiss Pursuant to the Doctrine of *Forum Non Conveniens* [29] is due on or before November 10, 2015.**

Discussion and argument held on Motion for Leave to Take Expedited Discovery Regarding Personal Jurisdiction and to Stay the Remainder of the Case Pending the Court's Determination of Jurisdiction Issues [32] filed September 15, 2015.

**ORDERED:** **Motion for Leave to Take Expedited Discovery Regarding Personal Jurisdiction and to Stay the Remainder of the Case Pending the Court's Determination of Jurisdiction Issues [32] is TAKEN UNDER ADVISEMENT. The court will issue a separate written order.**

Court in Recess: 1:40 p.m.          Hearing concluded.          Total time in Court:   00:38

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.