**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01731-REB-NYW

DR. LENA CHANG, an individual,

    Plaintiff,
v.

VAIL RESORTS, INC., a Delaware corporation,
ROCKRESORTS INTERNATIONAL, LLC, a Delaware corporation,
GREAT HOUSE LIMITED, a Cayman Islands company, and
HALF MOON BAY LIMITED, a Jamaica company,

    Defendants.
_____

**ORDER**
_____
Magistrate Judge Nina Y. Wang

This matter is before the court on Plaintiff's Motion for Leave to Take Expedited Discovery Regarding Personal Jurisdiction and to Stay the Remainder of the Case Pending the Court's Determination of Jurisdiction Issues ("Motion to Take Jurisdictional Discovery") [#32, filed Sept. 15, 2015]. The Motion to Take Jurisdictional Discovery is before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), the Order of Reference dated September 4, 2015 [#22], and the memorandum dated September 16, 2015 [#35]. The court has reviewed the Parties' briefing on the matter [#41, #42, $43], the entire court file, and the applicable law. The court also heard argument from counsel on November 3, 2015.

In light of the court's pending Recommendation which includes a recommendation to deny as moot the pending Motions to Dismiss based on lack of personal jurisdiction filed by Defendants Great House Limited and Half Moon Bay Limited [#59], and in recognition of the observation that discovery concerning personal jurisdiction would have burdened Defendants with expense and delay when *forum non conveniens* considerations weigh heavily in favor of dismissal, *Sinochem Int'l Co. v. Malaysia Int'l Shipping Corp.*, 549 U.S. 422, 435 (2007), **IT IS ORDERED THAT**:

(1)   Plaintiff's Motion for Leave to Take Expedited Discovery Regarding Personal Jurisdiction and to Stay the Remainder of the Case Pending the Court's Determination of Jurisdiction Issues [#32] is **DENIED**, with leave to re-file should the Honorable Robert E. Blackburn decline to adopt this court's Recommendation with respect to the pending Motions to Dismiss based on the lack of personal jurisdiction filed by Defendants Great House Limited and Half Moon Bay Limited.

DATED:  February 12, 2016

BY THE COURT:

s/ Nina Y. Wang
United States Magistrate Judge